**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-7034**

—————

ANDRE BROWN NELSON,

Petitioner - Appellant,

versus

EDWARD W. MURRAY, Director,

Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-94-398)

—————

Submitted: January 11, 1996      Decided: January 23, 1996

—————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Andre Brown Nelson, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Nelson v. Murray, No. CA-94-398 (E.D. Va. June 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2